# MINUTES

```
                                    FILED IN THE
                              UNITED STATES DISTRICT COURT
                                  DISTRICT OF HAWAII
                                 01/03/2006 4:30 PM
                                  SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 05-00068JMS

**CASE NAME:** USA                vs. Jacqueline Silveyra

**INTERPRETER:**

---

**JUDGE:** JUDGE J. MICHAEL SEABRIGHT      **REPORTER:** CRT REPORTER NEEDED

**DATE:** 01/03/2006                       **TIME:** 1:30:00 PM

                                           **ROOM:** AHA KAULIKE

---

**COURT ACTION:** EO

Continued : [Sentencing to the Felony Information] from 04/03/2006 03:00 PM to 04/27/2006 01:30 PM before JMS

Notified: Beverly Sameshima, Shanlyn Park, US Marshals, US Probation Office, Pretrial Services.


Submitted by: Dottie Miwa, Courtroom Manager