PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

SHANLYN A. S. PARK # 6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
JACQUELINE SILVEYRA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00068 JMS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | AMENDING SELF-SURRENDER |
| vs. | ) | DATE |
| | ) | |
| JACQUELINE SILVEYRA, | ) | Prev. date:   11/14/06 |
| | ) | New date:    12/12/06 |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND ORDER AMENDING SELF-SURRENDER DATE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Defendant JACQUELINE SILVEYRA's self-surrender date of November 14, 2006, shall be amended and extended to December 12, 2006.

All other terms and conditions of her sentence to remain in effect.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, November 13, 2006.

     /s/ Shanlyn A. S. Park
SHANLYN A. S. PARK
Attorney for Defendant
JACQUELINE SILVEYRA

     /s/ Florence Nakakuni
BEVERLY WEE SAMESHIMA
FLORENCE NAKAKUNI
Attorneys for Plaintiff
UNITED STATES OF AMERICA

IT IS SO APPROVED AND ORDERED:

DATED: Honolulu, Hawaii, November 13, 2006.

J. Michael Seabright
United States District Judge

UNITED STATES v. SYLVEYRA
CR. NO. 05-00068 JMS
STIPULATION AND ORDER AMENDING SELF SURRENDER DATE