AO 245B     (Rev. 6/05) Judgment in a Criminal Case
              Sheet 2 - Imprisonment

CASE NUMBER:      1:05CR00068-001
DEFENDANT:        JACQUELINE SILVEYRA

Judgment - Page 2 of 6

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned
for a total term of: 12 MONTHS AND 1 DAY

This term consists of TWELVE (12) MONTHS and ONE (1) DAY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 8 2007

at 4 o'clock and 15 min. P.M
SUE BEITIA, CLERK

[✔]     The court makes the following recommendations to the Bureau of Prisons:
        1) FDC, Honolulu, Hawaii.  2) Victorville, California.

[ ]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[✔]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [✔] before 2:00 p.m. on 11/14/2006 .
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _Self-surrendered 12 DEC 2006_____ to

FEDERAL DETENTION CENTER
P.O. BOX 30547
HONOLULU, HI 96820

at _____ , with a certified copy of this judgment.

_John T. Rathman_____
~~UNITED STATES MARSHAL~~
WARDEN

By     _J. Lumii_____
       ~~Deputy U.S. Marshal~~
       Legal Tech